IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-03258-RPM-KMT

KATHY WORNICKI, on behalf of herself and all others similarly situated,

        Plaintiff,

vs.

BROKERPRICEOPINION.COM, INC.;
FIRST VALUATION, LLC;
FIRST VALUATION SERVICES, LLC; and
FIRST VALUATION TECHNOLOGY, LLC.

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE

I, Stefan Coleman of the Law Offices of Stefan Coleman, LLC, am a member in good standing of the bar of this Court. In accordance with D.C.Colo.LCivR 11.1A, I hereby enter my appearance in the above-captioned case as counsel for Plaintiff Kathy Wornicki. I further request that copies of all papers and pleadings, except process, be served on me electronically at law@stefancoleman.com.

RESPECTFULLY SUBMITTED AND DATED this 4th day of December, 2013.

        LAW OFFICES OF STEFAN COLEMAN, LLC


        By: /s/ Stefan Coleman
          Stefan Coleman
          201 South Biscayne Boulevard, 28th Floor
          Miami, Florida  33131
          Telephone: (877) 333-9427
          Facsimile:  (888) 498-8946
          Email: law@stefancoleman.com

          Beth E. Terrell
          Whitney B. Stark
          TERRELL MARSHALL DAUDT
           & WILLIE PLLC
          936 North 34th Street, Suite 300
          Seattle, Washington  98103-8869
          Telephone: (206) 816-6603
          Facsimile: (206) 350-3528
          Email: bterrell@tmdwlaw.com
          Email:  wstark@tmdwlaw.com

          Jeffrey A. Berens
          Darby K. Kennedy
          DYER & BERENS LLP
          303 East 17th Avenue, Suite 810
          Denver, Colorado 80203
          Telephone: (303) 861-1764
          Facsimile: (303) 395-0393
          Email: jeff@dyerberens.com
          Email:  darby@dyerberens.com

      *Attorneys for Plaintiff*

- 3 -

## CERTIFICATE OF SERVICE

      I, Stefan Coleman, hereby certify that on December 4, 2013, I caused the foregoing document entitled Notice of Entry of Appearance [Stefan Coleman] to be electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

      DATED at Seattle, Washington, this 4th day of December, 2013.

                                      LAW OFFICES OF STEFAN COLEMAN, LLC

                                      By:   /s/ Stefan Coleman
                                              Stefan Coleman
                                              201 South Biscayne Boulevard, 28th Floor
                                              Miami, Florida  33131
                                              Telephone: (877) 333-9427
                                              Facsimile:  (888) 498-8946
                                              Email: law@stefancoleman.com