# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No:   13-cv-03258-PAB-KMT | Date:   March 26, 2014 |
| Courtroom Deputy:   Brandy Simmons | FTR:   Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| KATHY WORNICKI | Beth Ellen Terrell (via telephone) |
| EDWARD LAINE | Jeffrey Allen Berens |
| Plaintiffs, | |
| v. | |
| BROKERPRICEOPINION.COM, INC. | Glenn W. Merrick (via telephone) |
| FIRST VALUATION, LLC | |
| FIRST VALUATION SERVICES, LLC | |
| FIRST VALUATION TECHNOLOGY, LLC | |
| CARTEL ASSET MANAGEMENT | |
| Defendants. | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE AND MOTION HEARING**

**9:48 a.m.**     **Court in session.**

Court calls case.  Appearances of counsel.

Argument presented on [29] Motion to Stay Discovery and Pre-trial Proceedings Pending Resolution of Defendants' Motion to Dismiss First Amended Class Action Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, to Deny Class Certification. Parties discuss limiting requests to jurisdictional discovery provisions only.

**ORDERED**:     **Motion to Stay Discovery and Pre-trial Proceedings Pending Resolution of Defendants' "Motion to Dismiss First Amended Class Action Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, to Deny Class Certification" is GRANTED IN PART AND DENIED IN PART.  The defendants will produce discovery relevant to subject matter jurisdiction as agreed on or before April 30, 2014.  The parties shall notify the court by**

|  |  |
|---|---|
| | **telephone <u>forthwith</u> if they are unable to agree on which discovery requests will be covered by this production.** |
| **ORDERED:** | **Plaintiff's response to Defendants' "Motion to Dismiss First Amended Class Action Complaint for Lack of Subject Matter Jurisdiction or, Alternatively, to Deny Class Certification" [25] is STAYED until further order of court.** |
| **ORDERED:** | **The Scheduling Conference is continued to allow parties to meet and confer concerning what further discovery is necessary following completion of jurisdictional discovery, if any, to allow Plaintiff to file its Response to Doc. No. 25 and to agree on a schedule for class action and merits discovery.** |
| **ORDERED:** | **A Scheduling and Status Conference is set for May 8, 2014 at 10:30 a .m. in Courtroom C-201 before Magistrate Judge Kathleen M. Tafoya. Parties may appear by telephone. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the conference.  A revised proposed Scheduling Order shall be filed on or before May 1, 2014.** |
| **10:24 a.m.** | **Court in recess.** |

Hearing concluded.
Total in-court time    00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.