IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-03258-PAB-KMT | Date: | December 2, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*  *Counsel:*

KATHY WORNICKI, on behalf of herself and all others   Michael Daudt (by telephone)
similarly situated,

   Plaintiff,

v.

BROKERPRICEOPINION.COM, INC.,   Joseph Bernstein
FIRST VALUATION, LLC,
FIRST VALUATION SERVICES, LLC, and
FIRST VALUATION TECHNOLOGY, LLC,

   Defendants.

## COURTROOM MINUTES

**STATUS/SCHEDULING CONFERENCE**

**10:01 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Further discovery will not be scheduled at this time since Defendants' Motion to Dismiss [50] remains pending.

Discussion regarding the scope of Phase 1 discovery.  Mr. Daudt states Plaintiff's understanding regarding the scope of  Phase 1 discovery was only necessary to respond to the pending motion to dismiss.  Court and Defendants disagree with Plaintiff's interpretation and state that the scope of Phase 1 discovery was for merits and class discovery for the past three years and policies, practices, and procedures for the past six years.

**ORDERED:** **If any portion of the case remains pending, the parties are directed to submit a Joint Status Report within ten days of the ruling on Defendants' Motion to Dismiss [50].**

**10:26 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:25

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.