IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03258-PAB-KMT

KATHY WORNICKI and
EDWARD LAINE, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

BROKERPRICEOPINION.COM, INC.,
FIRST VALUATION, LLC,
FIRST VALUATION SERVICES, LLC,
FIRST VALUATION TECHNOLOGY, LLC, and
CARTEL ASSET MANAGEMENT, LLC,
WALTER COATS, and
VALUTECH, INC.,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Final Judgment is hereby entered.

Pursuant to the Orders [Docket Nos. 170 and 171] of United States District Judge Philip A. Brimmer entered on September 20, 2018, it is

ORDERED that Plaintiffs' Motion for Final Approval of Class Action Settlement [Docket No. 161] is granted.  It is further

ORDERED that Judgment shall be entered dismissing this Action with prejudice.

Dated at Denver, Colorado this 28th day of September, 2018.

                                                    FOR THE COURT:

2

                Jeffrey P. Colwell, Clerk

                By s/ S. Grimm
                   Deputy Clerk